**Motion Granted and Order filed June 2, 2015**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00024-CV
### APPELLANT, MICROSOFT CORPORATION// CROSS-APPELLANT, MICHAEL MERCIECA, Appellants

### V.

### APPELLEE, MICHAEL MERCIECA// CROSS-APPELLEE, MICROSOFT CORPORATION, Appellees

---

**On Appeal from the 345th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-11-001 030**

---

## ORDER

The parties to this appeal filed an agreed motion to amend the briefing scheduling order entered in this case. The motion is granted. Accordingly, we order the following:

- Microsoft's response to Mercieca's cross-appeal is due June 15, 2015 (10,000-word limit);

- Microsoft's reply brief as appellant and Mercieca's reply brief as cross-appellant are due July 6, 2016 (7,500-word limit for each brief).

PER CURIAM